## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MALCOLM B. LAWSON,

    Plaintiff,

v.

GREAT PLAINS NATIONAL BANK,
N.A.; CMG MORTGAGE, INC.;
WILMINGTON SAVINGS FUND
SOCIETY, FSB D/B/A CHRISTIANA
TRUST NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS
TRUSTEE FOR MOUNTAINVIEW
MORTGAGE OPPORTUNITY FUND III
TRUST I; AND WILMINGTON
SAVINGS FUND SOCIETY, FSB D/B/A
CHRISTIANA TRUST, NOT IN ITS
INDIVIDUAL CAPACITY BUT
SOLELY AS TRUSTEE FOR MVMF III,
TRUST B,

    Defendants.

Case No.
1:17-cv-00423-MHC-CMS

## STIPULATION OF DISMISSAL

COME NOW, Malcolm Lawson and Great Plains National Bank, N.A., and

hereby stipulate to the dismissal of all claims in the above-styled action pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii). As to the remaining Defendants, who have not

entered an appearance in this action, Plaintiff hereby dismisses all claims with

prejudice.

1

Respectfully submitted, this 17th day of March, 2017.

*/s/ Malcolm Lawson*

1375 Country Lake Drive SW
Lilburn, GA 30047

**ALDRIDGE PITE, LLP**

*/s/ Allison G. Rhadans*
Allison G. Rhadans
(f/k/a Allison S. Giardina)
Georgia Bar No. 940557
Kimberly A. Weber
Georgia Bar No. 607566
*Counsel for Defendant Great Plains
National Bank, N.A.*

3575 Piedmont Road NE
Fifteen Piedmont Center, Suite 500
Atlanta, Georgia 30305
(404) 994-7665 (Telephone)
(888) 344-9628 (Fax)
asg@aldridgepite.com

2

## <u>CERTIFICATE OF SERVICE, FONT AND MARGINS</u>

I hereby certify that I electronically filed the foregoing ***STIPULATION OF DISMISSAL*** with the Clerk of the Court using the CM/ECF System. I also certify that a copy was served on the following via First Class Mail addressed as follows:

Malcolm B. Lawson
1375 Country Lake Drive SW
Lilburn Georgia 30047
*Plaintiff, Pro Se*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court, pursuant to L.R. 5.1.

This 21[th] day of March, 2017.

**ALDRIDGE PITE, LLP**

By: Allison G. Rhadans
**ALLISON G. RHADANS
(fka ALLISON S. GIARDINA)**
Georgia Bar No. 940557
**KIMBERLY A. WEBER**
Georgia Bar No. 607566
*Counsel for Defendant Great Plains National Bank, N.A.*

3575 Piedmont Road NE
Fifteen Piedmont Center, Suite 500
Atlanta, Georgia 30305
(404) 994-7665 (Telephone)
(888) 344- 9628 (Fax)
asg@aldridgepite.com